Filed by VH D.C.

**Aug 22, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20523-CR-SCOLA/TORRES**

18 U.S.C. § 371
18 U.S.C. § 1708
18 U.S.C. § 1709

**UNITED STATES OF AMERICA**

v.

**LEXCY HOPE and**
**ORLANDO TROWERS,**

        **Defendants.**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

Beginning at a date unknown to the Grand Jury, up to and including on or about March 26,

2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### LEXCY HOPE and
### ORLANDO TROWERS,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury to commit an offense against the United

States, that is:

    (a)    to knowingly steal, take, and abstract any letter, package, bag, and mail and any

        article and thing contained therein from and out of any letter box, mail receptacle,

and other authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708; and

(b)        to unlawfully have in their possession any letter, package, bag, and mail and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any letter box, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Section 1708.

## **PURPOSE OF THE CONSPIRACY**

It was the purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by stealing mail for their personal use and benefit.

## **OVERT ACTS**

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in Miami-Dade County, in the Southern District of Florida, at least one of the following overt acts, among others:

1.        On or about March 26, 2019, **LEXCY HOPE**, a United States Postal Service employee, took three packages addressed to "M.C.," "Q.M.," and "T.C.," respectively, from the Norland Post Office, located at 18640 NW 2nd Avenue, in Miami, Florida that were not assigned to her postal route and for which she had not received permission or authorization to take or possess from the United States Postal Service or the recipients of the packages.

2.        On or about March 26, 2019, **LEXCY HOPE** drove her United States Postal Service vehicle, and parked near 1701 NE 191th Street in Miami, Florida.

3.        On or about March 26, 2019, **ORLANDO TROWERS** drove his white Honda, parked near 1701 NE 191th Street in Miami, Florida, and exited his vehicle.

4.      On or about March 26, 2019, **LEXCY HOPE** exited her United States Postal Service vehicle, took two packages addressed to "M.C." and "Q.M." from the vehicle, and handed them to **ORLANDO TROWERS**.

5.      On or about March 26, 2019, **ORLANDO TROWERS** placed the two packages addressed to "M.C." and "Q.M." into the trunk of his white Honda.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**Possession of Stolen Mail**
**(18 U.S.C. § 1708)**

On or about March 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ORLANDO TROWERS,**

did unlawfully have in his possession any letter and mail, and any article and thing contained therein, that is, a package addressed to "M.C.," which had been stolen, taken, and abstracted from and out of a letterbox, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Sections 1708 and 2.

**COUNT 3**
**Possession of Stolen Mail**
**(18 U.S.C. § 1708)**

On or about March 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ORLANDO TROWERS,**

did unlawfully have in his possession any letter and mail, and any article and thing contained therein, that is, two packages addressed to "Q.M.," which had been stolen, taken, and abstracted

from and out of a letterbox, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT 4
### Theft of Mail by Postal Service Employee
### (18 U.S.C. § 1709)

On or about March 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

### LEXCY HOPE,

being a United States Postal Service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and thing contained therein, that is, a letter addressed to "M.C.," which had been entrusted to her and came into her possession intended to be conveyed by mail, and carried and delivered by any employee of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 5
### Theft of Mail by Postal Service Employee
### (18 U.S.C. § 1709)

On or about March 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

### LEXCY HOPE,

being a United States Postal Service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and thing contained therein, that is, a letter addressed to "Q.M.," which had been entrusted to her and came into her possession intended to be conveyed by mail, and carried and delivered by any employee of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 6
### Theft of Mail by Postal Service Employee
### (18 U.S.C. § 1709)

On or about March 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

### LEXCY HOPE,

being a United States Postal Service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and thing contained therein, that is, a letter addressed to "T.C.," which had been entrusted to her and came into her possession intended to be conveyed by mail, and carried and delivered by any employee of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

STEPHANIE HAUSER
ASSISTANT UNITED STATES ATTORNEY

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO._____

v.

**LEXCY HOPE and**
**ORLANDO TROWERS,**

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
                Defendants

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| ✓ Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New defendant(s)          Yes ____  No ____
Number of new defendants ____
Total number of counts ____

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)     No____
      List language and/or dialect     _____

4.    This case will take  2-3  days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

        (Check only one)                                (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty | ____ | |
| II | 6 to 10 days | ____ | Minor | ____ | |
| III | 11 to 20 days | ____ | Misdem. | ____ | |
| IV | 21 to 60 days | ____ | Felony | ✓ | |
| V | 61 days and over | ____ | | | |

6.    Has this case previously been filed in this District Court?      (Yes or No)  No____
      If yes: Judge _____        Case No. _____
      (Attach copy of dispositive order)
      Has a complaint been filed in this matter?      (Yes or No)  No____
      If yes: Magistrate Case No. _____
      Related miscellaneous numbers: _____
      Defendant(s) in federal custody as of _____
      Defendant(s) in state custody as of _____
      Rule 20 from the District of _____

      Is this a potential death penalty case? (Yes or No)      No____

7.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes ____  No ✓

8.    Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes ____  No ✓

_Stephanie Hauser_
Stephanie Hauser
Assistant United States Attorney
Florida Bar No. 92765

\*Penalty Sheet(s) attached

REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  LEXCY HOPE

**Case No**:

Count #: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\* Max. Penalty**:        5 years' imprisonment

Counts #: 4–6

Theft of Mail by Postal Service Employee

Title 18, United States Code, Section 1709

**\* Max. Penalty**:        5 years' imprisonment as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  ORLANDO TROWERS

**Case No**: _____

Count #: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\* Max. Penalty**:        5 years' imprisonment

Counts #: 2–3

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\* Max. Penalty**:        5 years' imprisonment as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**